**Exhibit A**

| NOTICE OF SMALL CLAIM TRIAL | DOCKET NUMBER<br>2147SC000102 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|

**CASE NAME**
Yesh Sachdeva v. West Concord Post Office

**ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED**
West Concord Post Office
35 Beharrell St
Concord, MA 01742

**COURT NAME & ADDRESS**
Concord District Court
305 Walden Street
Concord, MA 01742

**DATE AND TIME OF SMALL CLAIM TRIAL**

Magistrates Hearing - Small Claims

09/21/2021 at 09:00 AM
Small Claims Magistrate Session

**JUDGE OR MAGISTRATE (if already assigned)**

**COUNSEL FOR ALL PARTIES (OR PRO SE PARTY)
MUST APPEAR ON THE DATE & TIME SHOWN ABOVE**

**TO THE PARTIES TO THIS CASE:**

The purpose of this notice is to inform you that this court has scheduled a **SMALL CLAIM TRIAL** in the above captioned small claims case on the date and time indicated above.

**You are required to be present at this event.**

Please also find enclosed a copy of the "Statement of Claim and Notice" form which the plaintiff who has brought this action has filed with the court. The plaintiff named on this form has sued the defendant in small claims court for the amount and reasons stated.

Please review carefully the enclosed document entitled "INSTRUCTIONS TO THE PLAINTIFF AND THE DEFENDANT". Further information concerning small claims process and procedure can be found on the Trial Court website at:
http://www.mass.gov/courts/selfhelp/small-claims

**FURTHER ORDERS OF THE COURT**

| DATE ISSUED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|
| 3/22/21 | Ann Tavares Colicchio |

ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SAVE LEER INGLÈS, OBTENGA UNA TRADUCCIÒN.

067      www.mass.gov/courts      Date/Time Printed: 03-22-2021 09:10:53

# STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL

**Trial Court of Massachusetts — Small Claims Session**

Court Use Only: 2017SC102

☐ BOSTON MUNICIPAL COURT ☐ DISTRICT COURT ☐ HOUSING COURT

**PART 1**

**PART 2 — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE**
Yesh P. and Meena Sascholar (?)
324 Hayward Mill Rd
Concord MA 01742
PHONE NO: (978) 831-7140

PLAINTIFF'S ATTORNEY (if any): —

**PART 3 — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE**
West Concord Post Office
35 Beharrell St
Concord, MA 01742

**PART 4 — PLAINTIFF'S CLAIM.** The defendant owes $360 plus $30 court costs for the following reasons:

- A package (documents) were mailed by priority mail on 3/4/21 to CANADA.
- The postage cost was $28.50
- The package did not reached at the address.
- The Tracking # CH127458384US
- The Canada postage were contacting with the information. The postage said, US responsibility is over.
- The US office (Post) were contacted. No response / No action. We claim $360 for the papers/documents.

SIGNATURE OF PLAINTIFF: X Y.P. Sascholar
DATE: 3/17/21

**PART 5 — MEDIATION:** 
☒ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6 — MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:
☐ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

X _____  SIGNATURE OF PLAINTIFF  DATE _____

**NOTICE TO DEFENDANT:** You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

FIRST JUSTICE: _____  CLERK-MAGISTRATE OR DESIGNEE: _____

NAME AND ADDRESS OF COURT: _____
DATE AND TIME OF TRIAL: _____ DATE _____ AT _____ TIME _____ ROOM NO. _____

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

DC-SC-1 (10/09) ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.

Help

## Product Tracking & Reporting

 UNITED STATES POSTAL SERVICE®

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | |
|---|---|---|---|---|---|---|---|

March 25, 2021

 Under no circumstances should dispatch information be released to anyone outside of the United States Postal Service.

### USPS Tracking Intranet Tracking Number Result

 Price Change 1/26/2020:
USPS Premium Tracking: USPS will offer a fee-based service to extend the availability of tracking data on domestic competitive products for an additional 6 months up to 10 years. In addition, customers can also request a Premium Tracking Statement via email.

The Manual Entry Acceptance screen will be modified to use the Pricing Engine for all rates calculations. Users will no longer enter fees for Collect on Delivery (COD) and Additional Insurance; instead, users will enter the dollar amount to be collected for COD or the insured value for Insurance.

**Result for International Outbound Tracking Number CH12 7458 384U S**

Tracking Expires On March 5, 2022

### Destination and Origin

**Destination**

| City Code | City | Country Code | Country | Dispatch Number |
|---|---|---|---|---|
| YTO | TORONTO-A | CA | CANADA | |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 017422968 | CONCORD | MA |

### Tracking Number Classification

#### Class/Service
- Class/Service: International Parcels
- Class of Mail Code/Description: IL / Priority Mail International Letters

#### Origin / Return / Pickup Address Information
- Address:
- City:
- State:
- 5-Digit ZIP Code: 01742
- 4-Digit ZIP Code add on: 2968

#### Service Delivery Information
- PO Box: N

#### Payment
- Payment Type: Other Postage
- Payment Account Number: 000000000000
- Postage: $28.50
- Rate Indicator: Flat Rate Envelope

#### Other Information
- Other Information: EMSEVT Information

Agent Information

Request Internal USPS Tracking Plus Statement

### Extra Services

**Extra Services Details**

| Description | Amount |
|---|---|
| Insurance on Priority Mail International | $0.00 |

| Description | Amount |
|---|---|
| Up to $100 insurance included | $0.00 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| INTERNATIONAL DISPATCH READY | DD | 03/23/2021 | 09:03 | ISC CHICAGO IL (USPS), UNITED STATES | | | | 03/23/2021 09:19:08 | Request Delivery Record |
| ENROUTE/PROCESSED | 10 | 03/22/2021 | 14:17 | CHICAGO, IL 60688 | Scanned | SPBSTS-001-000003 | | 03/22/2021 14:35:09 | |
| ARRIVED AT INTERNATIONAL SERVICE CENTER | BB | 03/22/2021 | 14:17 | ISC CHICAGO IL (USPS), UNITED STATES | | | | 03/22/2021 15:28:03 | |
| ENROUTE/PROCESSED | 10 | 03/21/2021 | 09:00 | CHICAGO, IL 60688 | Scanned | SPBSTS-003-000002 | | 03/21/2021 09:05:03 | |
| ARRIVED AT INTERNATIONAL SERVICE CENTER | AR | 03/19/2021 | 18:51 | ISC CHICAGO IL (USPS), UNITED STATES | | | | 03/19/2021 19:21:37 | |
| INBOUND INTO CUSTOMS | CI | 03/19/2021 | 18:51 | ISC CHICAGO IL (USPS), UNITED STATES | | | | 03/20/2021 07:52:05 | Customs Action Taken: INTO CUSTOMS |
| ATTEMPTED DELIVERY ABROAD | H0 | 03/19/2021 | 06:05 | CANADA | | | | 03/19/2021 06:29:03 | |
| ORIGIN POST IS PREPARING SHIPMENT | NP | 03/19/2021 | 06:04 | TORONTO-A, CANADA | | | | 03/19/2021 06:19:07 | |
| ARRIVED AT FACILITY | D1 | 03/18/2021 | 22:13 | CANADA | | | | 03/18/2021 22:26:13 | |
| DELIVERED | I0 | 03/10/2021 | 09:29 | CANADA | | | | 03/10/2021 09:22:10 | |
| ARRIVAL AT POST OFFICE | G0 | 03/10/2021 | 06:56 | CANADA | | | | 03/10/2021 06:30:03 | |
| ARRIVED AT FACILITY | D1 | 03/09/2021 | 15:51 | CANADA | | | | 03/09/2021 15:40:15 | |
| PROCESSED THROUGH OFFICE OF EXCHANGE | MF | 03/09/2021 | 08:52 | TORONTO-A, CANADA | | | | 03/09/2021 08:50:04 | |
| CUSTOMS CLEARANCE PROCESSING COMPLETE | F0 | 03/09/2021 | 08:51 | CANADA | | | | 03/09/2021 08:50:04 | |
| PROCESSED THROUGH OFFICE OF EXCHANGE | D0 | 03/09/2021 | 08:50 | TORONTO-A CANADA | | | | 03/09/2021 08:50:04 | |
| CUSTOMS CLEARANCE | E0 | 03/09/2021 | 08:50 | TORONTO-A, CANADA | | | | 03/09/2021 08:50:04 | |
| INTERNATIONAL DISPATCH READY | DD | 03/05/2021 | 05:49 | ISC NEW YORK NY(USPS), UNITED STATES | | | | 03/05/2021 05:03:12 | |
| ARRIVED AT INTERNATIONAL SERVICE CENTER | BB | 03/05/2021 | 05:33 | ISC NEW YORK NY(USPS), UNITED STATES | | | | 03/05/2021 05:03:11 | |
| ENROUTE/PROCESSED | 10 | 03/04/2021 | 21:10 | SHREWSBURY, MA 01546 | Scanned | MSA-001-01 | | 03/04/2021 20:16:08 | |
| DEPART POST OFFICE | SF | 03/04/2021 | 17:07 | CONCORD, MA 01742 | System Generated | | | 03/04/2021 16:27:05 | Closeout Label ID: CT13 8699 3000 2103 0416 1422 000 |
| ACCEPT OR PICKUP | 03 | 03/04/2021 | 11:52 | CONCORD, MA 017422968 | Scanned | RSS POS | | 03/04/2021 11:28:08 | Facility Finance Number: 242142 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▼   Submit