UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

YESH SACHVEDA et al.,

      Plaintiffs,

  v.

WEST CONCORD POST OFFICE,

      Defendant.

Civil Action No.

## DEFENDANT'S MOTION TO SET ASIDE DEFAULT JUDGMENT

Pursuant to Federal Rules of Civil Procedure 55(c) and 60(b), Defendant United States Postal Service, West Concord Post Office ("USPS") respectfully moves this Court to set aside the default judgment entered against it by the Concord District Court of Massachusetts (Small Claims Magistrate Session) for the reasons further described in the accompanying memorandum of law.

WHEREFORE, USPS respectfully requests that the Court allow this motion and set aside the default judgment entered by the Concord District Court of Massachusetts.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

Dated: January 21, 2022      By:   */s/ Michael L. Fitzgerald*
                                  MICHAEL L. FITZGERALD
                                  Assistant United States Attorney
                                  U.S. Attorney's Office
                                  1 Courthouse Way, Ste. 9200
                                  Boston, MA 02210
                                  (617) 748-3266
                                  michael.fitzgerald2@usdoj.gov

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I conferred with Plaintiffs, who do not assent to the relief sought in this motion.

/s/ Michael L. Fitzgerald
MICHAEL L. FITZGERALD
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document was served by FedEx upon the Plaintiff at the following address:

Yesh and Meena Sachdeva
324 Hayward Mill Rd.
Concord, MA 01742
(978) 831-7140

/s/ Michael L. Fitzgerald
MICHAEL L. FITZGERALD
Assistant U.S. Attorney

Dated:  January 21, 2022